# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1457**
**CAF 11-01326**
PRESENT: SMITH, J.P., FAHEY, PERADOTTO, CARNI, AND SCONIERS, JJ.

---

IN THE MATTER OF JULAXES T.
-------------------------------------------
MONROE COUNTY DEPARTMENT OF HUMAN SERVICES,                    ORDER
PETITIONER-APPELLANT;

JENNIFER R., RESPONDENT-RESPONDENT.

---

DAVID VAN VARICK, COUNTY ATTORNEY, ROCHESTER (CAROL EISENMAN OF
COUNSEL), FOR PETITIONER-APPELLANT.

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (KIMBERLY F. DUGUAY OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered June 24, 2011 in a proceeding pursuant to Family Court Act article 10. The order dismissed the neglect petition.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered: December 23, 2011                      Frances E. Cafarell
                                                Clerk of the Court